UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN BUDHAN,

                              Plaintiff,

      -v-

BRIGHTWORKS SUSTAINABILITY LLC, *et al.*,

                            Defendant.

24 Civ. 5104 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a conflict, the Court hereby reschedules the Monday, December 16, 2024 oral argument **from 3 p.m. to 2 p.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 14, 2024
       New York, New York