UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASMIN BUDHAN,

                Plaintiff,

-against-                                24 **CIVIL** 5104 (PAE)

**JUDGMENT**

BRIGHTWORKS SUSTAINABILITY LLC *and*
JOSHUA HATCH,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, Defendants' motion to dismiss is granted. The dismissal of the Complaint's federal claims, under Title VII and § 1981, is with prejudice. The dismissal of the Complaint's claims under state and city law, based on a decision not to exercise supplemental jurisdiction, is without prejudice to Budhan's right to pursue these claims in a new lawsuit; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2025

                                                            **TAMMI M HELLWIG**

                                                                **Clerk of Court**

                      **BY:**

                                                                **Deputy Clerk**